

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00098-CV

IN THE INTEREST OF L.D., A CHILD

On Appeal from the 196th District Court
Hunt County, Texas
Trial Court No. 79,586

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Chelsea Mosley, appellant, has filed a motion seeking to dismiss her appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss this appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     October 16, 2013
Date Decided:       October 17, 2013